UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. RIVAS,<br><br>   Plaintiff,<br><br> v.<br><br>C. CRYER,<br><br>   Defendant. | No. 1:20-CV-00621-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 13) |

  Plaintiff Daniel J. Rivas ("Plaintiff"), a state prisoner, is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 7.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  Plaintiff filed his initial complaint on April 30, 2020. (ECF No. 1.) On January 3, 2022, the assigned Magistrate Judge screened the complaint and found that it failed to state a claim. (ECF No. 11.) As a result, the assigned Magistrate Judge gave Plaintiff thirty (30) days to file an amended complaint, advise the Court whether he wished to stand on his Complaint, or voluntarily dismiss this action. (*Id*. at 5.) The Court also warned Plaintiff that failure to comply with the January 3, 2022 Order, or failure to seek an extension of time to comply, would result in the assigned Magistrate Judge recommending that this action be dismissed for a failure to comply with a court order and a failure to prosecute. (*Id*. at 6.)

Plaintiff did not exercise any of the aforementioned options. Due to Plaintiff's failure to comply with the January 3, 2022 Order, the assigned Magistrate Judge issued findings and recommendations on September 22, 2022, recommending that this action be dismissed, without prejudice, for Plaintiff's failure to prosecute and failure to comply with a court order. (ECF No. 13.) Plaintiff was given fourteen (14) days to file objections to the September 22, 2022 findings and recommendations. (*Id*. at 4.) The findings and recommendations were served on Plaintiff by mail. To date, Plaintiff has not filed any objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 22, 2022, (ECF No. 13), are adopted in full; and
2. The Clerk of the Court shall terminate any motions/deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:   December 20, 2022

UNITED STATES DISTRICT JUDGE